IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREGORY A. DENSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-650-GMS |
| | ) | |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

At Wilmington this 14th day of Nov., 2006;

IT IS HEREBY ORDERED that:

1. Petitioner Gregory A. Denston's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. 2254 is DISMISSED and the writ is DENIED as second or successive. (D.I. 1.) The instant petition is Denston's second habeas challenge to his 2001 conviction. The court denied Denston's first § 2254 petition challenging his 2001 conviction as time-barred. *See Denston v. Carroll*, Civ. A. No. 04-241-GMS, Mem. Opinion (D. Del. Sept. 4, 2005). Denston filed the instant petition without first obtaining permission from the Court of Appeals for the Third Circuit. Therefore, the court does not have the authority to review the petition. *See* 28 U.S.C. § 2244(b)(1); *Robinson v. Johnson*, 313 F.3d 128, 139 (3d Cir. 2002)(holding that when a second or successive

habeas petition is erroneously filed "in a district court without the permission of the court of appeals, the district court's only option is to dismiss the petition or transfer it to the court of appeals pursuant to 28 U.S.C. § 1631.").

2. Denston has failed to make a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and a certificate of appealability is not warranted. *See United States v. Eyer*, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. LAR 22.2 (2002).

3. Pursuant to Rule 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of the petition and this order upon: (1) the above-named warden of the facility in which Denston is housed; and (2) the Attorney General for the State of Delaware.

4. The clerk shall also send a copy of this order to Denston at his address on record.

United States District Judge

